IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:20-CR-00122(1)-RP |
| | § | |
| PAUL KRUSE | § | |

### ORDER ON DEFENDANT'S MOTION TO DISMISS THE CASE FOR LACK OF SUBJECT-MATTER JURISDICTION

Upon consideration of Defendant's Motion to Dismiss the Case for Lack of Subject-Matter Jurisdiction, and the entire record in this case, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the case is dismissed for lack of subject-matter jurisdiction.

SIGNED at Austin, Texas, on _____7/15/20_____.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE